IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2:08-cv-590 |
| v. ) | |
| ) | |
| B.C. ENTERPRISES, INC. ) | |
| d/b/a ARISTOCRAT TOWING and ) | |
| ARISTOCRAT TOWING, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF FILING

THIS DAY the defendants B.C. Enterprises, Inc. and Aristocrat Towing, Inc. have transmitted via Federal Express to the United States Court of Appeals for the Fourth Circuit a Petition for Permission to Appeal in compliance with the Order on Motion for Judgment on the Pleadings (Document 92) filed March 11, 2010.

          Respectfully submitted,

          B.C. Enterprises, Inc. d/b/a
          Aristocrat Towing and
          Aristocrat Towing, Inc.

          By: /S/  *S. Lawrence Dumville*
          Of Counsel

          S. Lawrence Dumville (VSB#17803)
          Attorney for:  B.C. Enterprises, Inc.
          d/b/a Aristocrat Towing and Aristocrat Towing, Inc.
          NORRIS, ST. CLAIR & LOTKIN
          2840 S. Lynnhaven Road
          Virginia Beach, VA  23452-6715
          Telephone:     (757) 498-7700
          Facsimile:     (757) 498-7744
          ldumville@norrisstclair.com

CERTIFICATE OF SERVICE

       I hereby certify that on the 18th day of March, 2010 I will electronically file the foregoing to the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Amber Rachelle Standridge
United States Department of Justice
930 Pennsylvania Ave NW – G St.
Washington, D.C.  20013
202 514-4713
fax: 202 514-1116
Email: amber.standridge@usdoj.gov
*Counsel for the United States of America*

Kevin J. Mikolashek
United States Attorney's Office
2100 Jamieson Ave
Alexandria, Virginia  22314
703 299-3983
fax: 703 299-3983
Email: Kevin.mikolashek@usdoj.gov
*Counsel for the United States of America*

       */S/ S. Lawrence Dumville*
       S. Lawrence Dumville (VSB# 17803)
       Attorney for:  B.C. Enterprises, Inc.
       d/b/a Aristocrat Towing and Aristocrat Towing, Inc.
       Norris, St. Clair & Lotkin
       2840 S. Lynnhaven Road
       Virginia Beach, Virginia  23452
       (757) 498-7700/FAX (757) 498-7744
       Email:  ldumville@norrisstclair.com